# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Ollie Franklin, Jr. v. Lago, Inc.     Case Number: 1:15-cv-06780

An appearance is hereby filed by the undersigned as attorney for:
Ollie Franklin, Jr.

Attorney name (type or print): John L. Steele

Firm: Accessibility Law Group

Street address: 500 Michigan Avenue, Suite 600

City/State/Zip: Chicago, Illinois 60611

Bar ID Number: 6292158     Telephone Number: (312) 396-4154
(See item 3 in instructions)

Email Address: jsteele@accessibilitylawgroup.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/25/2015

Attorney signature:    S/ John L. Steele
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015