IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OLLIE FRANKLIN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 15-CV-06780 |
| v. ) | |
| ) | Judge Thomas M. Durkin |
| LAGO, INC., GLORIA NARDINI, ) | |
| and FRANCESCO NARDINI, ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| Defendants. ) | |

**DEFENDANTS LAGO, INC. AND GLORIA NARDINI'S**
*UNOPPOSED* **MOTION FOR SUBSTITUTION OF COUNSEL**

NOW COMES Defendants Lago, Inc. ("Lago") and Gloria Nardini ("Nardini") (collectively referred to herein as "Defendants"), and pursuant to Local Rule 83.17, hereby move this Court for leave to withdraw the appearances of Voelker Litigation Group and each of its attorneys who filed appearances and to substitute the appearances of Fisher & Phillips LLP, and its attorneys, Steve A. Miller and Scott C. Fanning, as counsel of record. In support of this Motion, Defendants state as follows:

1. Plaintiff filed her Complaint on June 20, 2015 in the Circuit Court of Cook County. Defendants removed this matter on August 3, 2015 [D. 1]. A responsive pleading date has not been set by the Court.

2. Defendants request the aforementioned substitution of counsel and Plaintiff does not object to the substitution of counsel.

3. Steve A. Miller and Scott C. Fanning are both members in good standing of this Court's general bars Scott C. Fanning is a member in good standing with this Court's trial bar.

4. The substitution of counsel will not result in prejudice to any party and will not prevent the parties from meeting established dates or other regularly scheduled proceedings as

the Court may direct. Plaintiff's counsel has indicated they have no objection to the relief requested herein.

5. Counsel has prepared a draft Order granting the relief requested herein. A copy of said Order has been mailed to this Court's proposed order inbox contemporaneously with this Motion.

**WHEREFORE**, Defendants Lago, Inc. and Gloria Nardini request this Honorable Court enter an order: (1) granting the firm of Voelker Litigation Group leave to withdraw as attorneys of record for Defendants; (2) granting Steve A. Miller and Scott C. Fanning of the law firm of Fisher & Phillips LLP leave to substitute their appearance as counsel of record for Defendants; and (3) for such other relief as this Court deems just and equitable.

Dated: September 17, 2015                                  Respectfully submitted,

                                                                **LAGO, INC. AND GLORIA NARDINI**

| By: s/ Daniel J. Voelker (with permission) | By: s/ Steve A. Miller |
|---|---|
| One of Their Attorneys | One of Their Attorneys |
| | |
| Daniel J. Voelker, Esq. | Steve A. Miller |
| Olga S. Dmytriyeva, Esq. | Scott C. Fanning |
| Voelker Litigation Group | **FISHER & PHILLIPS, LLP** |
| 311 West Superior Street, Suite 500 | 10 South Wacker Drive, Suite 3450 |
| Chicago, Illinois 60654 | Chicago, Illinois 60606 |
| (t) 312.870.5430 | (t) 312.346.8061 |
| (f) 312.870.5431 | (f) 312.346.3179 |
| dvoelker@voelkerlitigationgroup.com | smiller@laborlawyers.com |
| olga@voelkerlitigationgroup.com | sfanning@laborlawyers.com |

Chicago 140771.1

# CERTIFICATE OF SERVICE

The undersigned attorney of **FISHER & PHILLIPS LLP** certifies as follows:

That, on September 17, 2015 I electronically filed the foregoing **DEFENDANTS LAGO, INC. AND GLORIA NARDINI'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system, and caused to be served a true and correct copy of same to the following:

>John L. Steele
>The Accessibility Law Group
>500 North Michigan Avenue, Suite 600
>Chicago, Illinois 60611

s/ Steve A. Miller

FPDOCS 30674236.1