## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Ollie Franklin, Jr

                Plaintiff,

v.                                     Case No.: 1:15−cv−06780
                                            Honorable Thomas M. Durkin

Lago, Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendants' Motion to substitute attorney [11] is granted; Attorney Olga S. Dmytriyeva and Daniel John Voelker terminated. Attorneys Steve A. Miller and Scott C. Fanning added. Status hearing held on 9/21/2015. Status hearing set for 10/14/2015 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.